IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AEGIS THERAPIES, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSEPH NOACK,<br><br>                Defendant. | 4:15CV3154<br><br>**ORDER** |

       This matter is before the Court on the parties' Joint Stipulation for Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Filing No. 25). The Court concludes the stipulation of dismissal complies with Rule 41(a) and should be approved. The above-captioned action will be dismissed without prejudice, and each party will bear their own attorney fees and costs.

    IT IS ORDERED:

    1.    The parties' Joint Stipulation for Dismissal without Prejudice (Filing No. 25) is approved.

    2.    The above-captioned action is dismissed without prejudice.

    3.    The Court will not assess any fees or costs.

Dated this 13th day of September, 2016.

                                                      BY THE COURT:

                                                      s/ *Robert F. Rossiter, Jr.*
                                                      United States District Judge